

**STEIN & NIEPORENT LLP**
1441 Broadway, Suite 6090
New York, NY 10018
(212) 308-3444 Main
(212) 836-9595 Fax
www.steinllp.com

David Stein: DSTEIN@STEINLLP.COM
(admitted in NY, NJ, PA, DC, IL)

David Nieporent: DNIEPORENT@STEINLLP.COM
(admitted in NY, NJ)

July 30, 2025

**VIA ECF**

Hon. James R. Cho, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

>        Re:    **Wills v. Brooklyn Industries, LLC**
>               *Case No. 25-cv-2453 (JRC)*

Dear Magistrate Judge Cho:

We represent defendant Brooklyn Industries, LLC, in the above-captioned matter, and we write with the consent of plaintiff's counsel to request for the first time that the telephonic settlement conference scheduled for August 1 at 10:00 a.m. be adjourned to a date after August 25, 2025. The reason for our request is that defendant's decision-maker is traveling in Turkey and will not be available on August 1. He is scheduled to return to the United States on August 25, and therefore, we respectfully request that this Friday's conference be adjourned to a date thereafter.

We thank the Court for its attention to this matter. We are available at Your Honor's convenience in the event that there are any questions.

>                        Respectfully submitted,
>
>                        David Stein

cc: Rami Salim, Esq. (via ECF)