UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

LAURENCE WILLS, on behalf of himself and all others
similarly situated,

Civil Action No:
1:25-cv-2453

Plaintiff,

-v.-
BROOKLYN INDUSTRIES, LLC,

Defendants.

----------------------------------------------------------------x

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff and

the Defendant that whereas no party hereto is an infant, incompetent person for whom a

committee has been appointed or conservatee, and no person not a party has an interest in the

subject matter of the action, that this action is dismissed with prejudice and without costs to

either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil  Procedure.

**Dated:** November 3, 2025

| **For Plaintiff Laurence Wills** | **For    Defendant Brooklyn Industries, LLC** |
|---|---|
| *s/Rami Salim*_____<br>Rami Salim<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>Ph: (201) 282-6500<br>rsalim@steinsakslegal.com | *s/David Stein*_____<br>David Stein<br>Stein & Nieporent LLP<br>1441 Broadway Suite 6090<br>New York, NY 10018<br>Ph: (212) 308 - 3444<br>Dstein@steinllp.com |

1

## CERTIFICATE OF SERVICE

I certify that on November 3, 2025, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Rami Salim
Rami Salim
**Stein Saks, PLLC**
*Attorneys for Plaintiff*

2